JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ROXANNE BURKE,<br><br>          Plaintiff,<br><br>     v.<br><br>LASALLE BANK NATIONAL<br>ASSOCIATION, et al.,<br><br>          Defendants. | Case No.  CV 16-1520-GW(JEMx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

     Based upon the Notice of Settlement and Request for Dismisal of Entire Action [63], filed November 10, 2017, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

     IT IS SO ORDERED.

Dated: November 15, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE